UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**<br>Camp Delta Guantanamo Bay<br>Washington, D.C. 20355<br><br>            Petitioner<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States<br><br>DONALD RUMSFELD,<br>Secretary, United States Department<br>of Defense<br><br>ARMY BRIG. GEN. JAY HOOD<br>Commander, Joint Task Force-<br>GTMO<br><br>ARMY COL. BRICE GYURISKO<br>Commander, Joint Detention<br>Operations Group, JTF - GTMO | Leave to file without<br>Prepayment of Cost **GRANTED**<br><br>Civil Action No.<br><br>CASE NUMBER: 1:05CV0993<br>JUDGE: RICARDO URBINA<br>DECK TYPE: HABEAS CORPUS/2255<br>DATE STAMP: 05/18/05 |

**PETITION FOR WRIT OF HABEAS CORPUS**

GUAN-2005-T 00886

To: USDC, for the DC,  March, 01, 2005

From: Mohammad Mustaqa Sohail, ISN # 1008

Subject: Request for petition for a writ of Habeas Corpus.

I am sending this petition letter for a writ of Habeas Corpus. I am a detainee in Guntanamo Bay, Cuba. April 05.03 I was arrested by two Americans in the morning, at my office. Then I became under investigation. I was waiting to go home, but unfortunetly I was brought to Guntaname for no reason. A few months ago, I went to Tribunal, the (CSRT) determined that I am an enemy combatant.

I don't know, why? without any witnesses and any proof against me, they determined I am an enemy combatant. I am not Talib and have no affiliation to Taliban or any Islamic parties.

With the help of America the sun of peace is rising in Afghanistan we were happy for the reconstruction of Afghanistan but unfortunetly I can not participate in the constructions of schools, hospitals and Roads.

I am your friends but you nominate me as an enemy combatant. I am ready to help Americans and our current government and work with them in Afghan

**FILED**
MAY 18 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 0993

GUAM-2005-T00886

During the Taliban I made a computer trainning center, then the Taliban put me in jail and they confiscated my all equipments, but now I am an enemy combatent and a risk for America. I didn't do anything. The accusation against me are lies.

I kindly request the U.S government to clear my case. If they have any proof against me, I agree to be jailed. If they cannot prove anything against me, I want to be freed and returned to my home country.

Signature: [signature]