UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ) | Civil Action Nos. |
| ) | |
| ) | 05-CV-1008   05-CV-1013   05-CV-0884 |
| *In re* Guantanamo Detainee Cases ) | 05-CV-0890   05-CV-1241   05-CV-1487 |
| ) | 05-CV-1000   05-CV-1235   05-CV-0997 |
| ) | 05-CV-1490   05-CV-0889   05-CV-1237 |
| ) | 05-CV-1001   05-CV-1012   05-CV-0880 |
|  | 05-CV-0882   05-CV-0885   05-CV-1243 |
|  | 05-CV-0995   05-CV-0878   05-CV-1311 |
|  | 05-CV-1244   05-CV-0888   05-CV-1238 |
|  | 05-CV-0892   05-CV-1242   05-CV-1492 |
|  | 05-CV-1240   05-CV-0994   05-CV-1009 |
|  | 05-CV-1233   05-CV-1239   05-CV-1310 |
|  | 05-CV-1010   05-CV-1312   05-CV-1236 |
|  | 05-CV-0887   05-CV-0881   05-CV-1246 |
|  | 05-CV-1491   05-CV-0877   05-CV-0996 |
|  | 05-CV-1011   05-CV-0886   05-CV-1002 |
|  | 05-CV-1234   05-CV-0998   05-CV-0993 |
|  | 05-CV-1489   05-CV-0891   05-CV-0879 |
|  | 05-CV-0883   05-CV-1493   05-CV-0999 |

## ORDER

In the interest of facilitating the appointment of counsel in the above-captioned cases, pursuant to the agreement of the Judges of this Court acting in Executive Session, September 13, 2005, it is hereby

ORDERED that the Federal Defender Offices listed on the attached schedule are appointed to represent the petitioners in the respective cases, and that the individual attorneys from the Federal Defender offices who will represent the petitioners in each case shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court.

**SO ORDERED.**

October 5, 2005                                          /s/
                                                  Thomas F. Hogan
                                                  Chief Judge