IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMAD MUSTAFA SOHAIL, | ) ) ) |  |
| Petitioner, | ) ) |  |
| v. | ) ) | Civil Action No. 05-CV-0993 (RMU) |
| GEORGE W. BUSH,<br>President of the United States, *et al.,* | ) ) ) ) |  |
| Respondents. | ) ) |  |

**RESPONDENTS' FACTUAL RETURN TO PETITION FOR WRIT OF
HABEAS CORPUS BY PETITIONER MOHAMMAD MUSTAFA SOHAIL AND
NOTICE OF SUBMISSION OF FACTUAL RETURN UNDER SEAL**

    Respondents hereby submit, as explained herein, the final record of proceedings before the Combatant Status Review Tribunal pertaining to petitioner Mohammed Mustafa Sohail (listed in the petition as Mohammad Mustafa Sohail) as a factual return to petitioner's petition for writ of habeas corpus. For the reasons explained in the record, petitioner Mohammed Mustafa Sohail has been determined to be an enemy combatant. Accordingly, petitioner Mohammed Mustafa Sohail is lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise, and is being detained.

    The portion of the record suitable for public release is attached hereto. See Exhibit A. The remaining portions of the record, including information that is classified or not suitable for public release, are being submitted under seal through the Court Security Officer. One copy of the factual return is being submitted to the Court for *in camera* review. Upon counsel's entry of

appearance on behalf of petitioner in this case,[1] another copy of the factual return, containing classified information suitable for disclosure to counsel under seal, will be made available to petitioner's counsel who have been issued security clearances, and have otherwise complied with the Protective Order.  See Order dated September 13, 2005 (applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba in In re Guantanamo Detainee Cases, No. 02-CV-0299 (D.D.C. Nov. 8, 2004), and related orders, to this case).

For the reasons explained in the factual return, petitioner Mohammed Mustafa Sohail has been determined to be an enemy combatant and is, therefore, lawfully subject to detention pursuant to the President's power as Commander in Chief or otherwise.  Accordingly, the petition for writ of habeas corpus should be dismissed and the relief sought therein denied.

Dated:  October 28, 2005          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG

---

[1] Pursuant to an Order of the Judges of this Court, the Federal Defender Office (D. Minn.) has been appointed to represent petitioner in this case.  See Order dated October 5, 2005 (Hogan, C.J.).

NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 514-2000

Attorneys for Respondents

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2005, I caused a copy of the foregoing to be served on petitioner via U.S. Mail, First Class postage prepaid, at the following address:

> ISN 1008
> Camp Delta; Guantanamo Bay
> Washington, D.C. 20355

    /s/ Preeya M. Noronha
PREEYA M. NORONHA
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents