IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAF SOHAIL,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-0993 (RMU) |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Brice Gyurisko, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated September 13, 2005 (dkt. no. 3) that prohibits respondents from removing petitioner from Guantanamo unless the Court and any counsel for petitioner receive thirty days' advance notice of such removal.

Dated: November 14, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*/s/ Nicholas J. Patterson*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2005, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

>Andrea K. George
>Federal Public Defender -District of Minnesota
>300 S. Fourth Street
>107 U.S.Courthouse
>Minneapolis, MN 55414
>andrea_george@fd.org

_____
NICHOLAS J. PATTERSON
United States Department of Justice
Civil Division, Federal Programs Branch
One of the Attorneys for Respondents