# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,  )  *Petitioner*,  )  ) | **CERTIFICATE OF SERVICE** |
| v.  )  ) | CV No. 1:05cv00993 |
| GEORGE W. BUSH,  )  President of the United States  )  ) | |
| DONALD RUMSFELD,  )  Secretary, United States  )  ) | |
| ARMY BRIG. GEN. JAY HOOD,  )  Commander, Joint Task  )  Force - GTMO; *and*  )  ) | |
| ARMY COL. MIKE BUMGARNER,  )  Commander, Joint Detention  )  Operations Group, JTF - GTMO  )  ) | |
| *Respondents*.  ) | |

I hereby certify that on December 16, 2005, I caused the following document:

Amended Petition for Writ of Habeas Corpus and Other Relief

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Terry Marcus Henry
US Department of Justice - Civil Division

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: December 16, 2005

*s/Scott F. Tilsen*
SCOTT F. TILSEN
Attorney ID No. 11005X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415