IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>President of the United States,<br>*et al.*,<br><br>Respondents. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-CV-0993 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBMISSION OF CLASSIFIED VERSIONS OF RESPONDENTS'
FACTUAL RETURN TO PETITION FOR WRIT OF HABEAS CORPUS BY
PETITIONER MOHAMMAD MUSTAFA SOHAIL**

NOTICE is hereby given that, pursuant to the Court's Order dated September 13, 2005 (applying Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba in In re Guantanamo Detainee Cases, No. 02-CV-0299 (D.D.C. Nov. 8, 2004), and related orders, to this case), respondents on this date have submitted through the Court Security Officers the classified versions of the factual return pertaining to petitioner Mohammed Mustafa Sohail (listed in the petition as Mohammad Mustafa Sohail). See Respondents' Factual Return to Petition for Writ of Habeas Corpus by Mohammad Mustafa Sohail (dkt. no. 5).[1]

---

[1] On December 30, 2005, the President signed into law the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680, which, among other things, amends 28 U.S.C. § 2241 to remove court jurisdiction to hear to consider applications for writs of habeas corpus and other actions brought in this Court by or on behalf of aliens detained at Guantanamo Bay, Cuba, and creates an exclusive review mechanism in the D.C. Circuit, applicable to pending cases, to address the validity of the detention of such aliens held as enemy combatants. Id., § 1005(e)(1), (h)(2). Respondents' understanding is that the sense of the Court is to await anticipated forthcoming guidance from the D.C. Circuit regarding the effect of the Detainee

| | |
|---|---|
| Dated: January 17, 2006 | Respectfully submitted, |

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents

---

Treatment Act of 2005.  In light of this, and given the new, statutory withdrawal of the Court's jurisdiction, a stay of all proceedings in this case is appropriate pending resolution of the effect of the Detainee Treatment Act of 2005.  Notwithstanding these developments, however, pursuant to the Court's September 13, 2005 Order, now that counsel have entered an appearance on behalf of petitioner Mohammed Mustafa Sohail, respondents are making available to counsel in the secure facility a classified version of the factual return appropriate for disclosure to counsel under seal, and resubmitting a classified version of the factual return to the Court for *in camera* review which now contains highlighting, as explained therein.