IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**, <br> *Petitioner/Plaintiff,* <br><br> v. <br><br> **GEORGE W. BUSH, et al.,** <br> *Respondents/Defendants.* | ) <br> ) <br> ) <br> ) Civil Action No. 05-cv-00993 (RMU) <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

PLEASE TAKE NOTICE that on such date as the Court shall determine, Petitioner, by and through undersigned counsel, shall move for an order for the entry of the Amended Protective Orders as set forth in the accompanying Memorandum in Support of Petitioners' Motion.[1]

Dated: Minneapolis, Minnesota
April 19, 2006

Respectfully submitted,
Counsel for Petitioner:

*s/ Andrea K. George*
SCOTT F. TILSEN, OSB #11005X
Senior Assistant Defender
ANDREA K. GEORGE, OSB #202125
Senior Litigator
Office of the Federal Defender - District of Minnesota
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858 Telephone
612-664-5850 Facsimile

---

[1] This motion is properly referred to Magistrate Judge Alan Kay for consideration pursuant to the Order of the Calendar and Case Management Committee, Kessler, J., Chair (hereinafter "Kessler Order"), referring "all Motions pertaining to interpretation or construction of any protective order which has been entered in any of the [Guantanamo Bay *habeas*] cases" for resolution pursuant to LcvR 72.2(a), as well as "all disputes pertaining to logistical issues, such as communications with or visits to clients and counsel." Kessler Order, November 2, 2005.