IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MOHAMMAD MUSTA*FA SOH*AIL,**<br>    *Petitioner/Plaintiff*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br>    *Respondents/Defendants*. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-00993 (RMU)<br>)<br>)<br>)<br>)<br>) |

### PETITIONERS' MEMORANDUM IN SUPPORT OF
### MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner respectfully requests that the Court enter the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, ("Amended Protective Order")[1] first issued on November 10, 2004 in the *In re Guantánamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green and since entered in related *habeas* proceedings before this Court and the Courts of this District. *See, e.g.*, *Wahab v. Bush*, 05-886 (D.D.C., Jan. 10. 2005).

The government conditions Petitioners' right to access to existing *pro bono* and assigned counsel, as affirmed in *Al Odah, et al. v. Bush, et al*, 346 F.Supp.2d (D.D.C. 2004), upon entry of the Amended Protective Order, and undersigned counsel are prohibited from meeting with Petitioners until the Amended Protective Order is entered. In the absence of an order by this

---

[1] The Amended Protective Order includes the following orders entered in *In re Guantánamo Detainee Cases*: Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2005; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004. *See* Exhibits 1-3.

Court, counsel are also prohibited from sending or receiving legal mail from Petitioners and are therefore unable to initiate, let alone establish, a functioning attorney-client relationship. Entry of the Amended Protective Order would afford the undersigned counsel the opportunities provided counsel in other pending Guantánamo Bay detainee cases to visit petitioners at Guantánamo Bay and to send them privileged attorney-client mail by way of the legal mail procedures outlined in the Amended Protective Order.

Pursuant to Local Civil Rule 7(m), the undersigned counsel for petitioner have attempted to confer with respondents' counsel, Andrew Warden, regarding the relief sought in this motion. Respondents' counsel has not returned such overtures, but it is assumed that Respondents oppose the motion. A proposed Protective Order is attached as Exhibit 4. A Memorandum of Understanding and attached Acknowledgements, as contemplated by the Protective Order (Exhibits B and C) have already been entered. Although Petitioners are moving for entry of the Amended Protective Order, they reserve the right to challenge or seek modification of any particular terms of the Protective Order in the future, and to ask this Court to review any designation made by respondents of particular information as "protected," as may be appropriate.

Dated: April 19, 2006

Respectfully submitted,
Counsel for Petitioner:
*s/ Andrea K. George*
SCOTT F. TILSEN, OSB #11005X
Senior Assistant Defender
ANDREA K. GEORGE, OSB #202125
Senior Litigator
Office of the Federal Defender - District of Minnesota
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858 Telephone
612-664-5850 Facsimile