# EXHIBIT D

# ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case <u>In re Guantanamo Detainee Cases</u>, No. 02-CV-0299 (D.D.C. Nov. 8, 2004), applied to the case captioned Mohammad Mustafa Sohail v. George W. Bush, No. 1:05cv00993, pursuant to the Court's order dated September 13, 2005, and understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of ths case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: <u>January 20, 2006</u>         BY:   <u>ANDREA K. GEORGE</u>
                                            (type or print name)


                                            *s/ Andrea K. George*
                                 SIGNED:   _____