# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,  )<br>    *Petitioner/Plaintiff*,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, et al.,  )<br>    *Respondents/Defendants*.  ) | **CERTIFICATE OF SERVICE**<br><br>CV No. 1:05cv00993 |

I hereby certify that on April 19, 2006, I caused the following documents:

1. Motion for Entry of Protective Order;
2. Petitioner's Memorandum in Support of Motion for Entry of Protective Order;
3. Proposed Order;
4. Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo, Cuba, together with Exhibits:
   - Exhibit A   Revised Procedures for Counsel Access to Detainees at the U.S. Naval Base at Guantanamo Bay, Cuba;
   - Exhibit B   Memorandum of Understanding regarding Access to Classified National Security Information (previously filed electronically on 1/20/06 as CM/ECF Doc. No. 12);
   - Exhibit C   Acknowledgment of Scott F. Tilsen (previously filed electronically on 1/20/06 as Attachment #1 to Doc. No. 12)
   - Exhibit D   Acknowledgment of Andrea K. George (previously filed electronically on 1/20/06 as Attachment #2 to Doc. No. 12)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Terry Marcus Henry<br>US Department of Justice -<br>Civil Division | Preeya M. Noronha<br>US Department of Justice |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: April 19, 2006                *s/Andrea K. George*
                                                   ANDREA K. GEORGE
                                                   Attorney ID No. 202125
                                                   Attorney for Defendant
                                                   107 U.S. Courthouse
                                                   300 South Fourth Street
                                                   Minneapolis, MN 55415