# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,    )<br>                                                         )<br>*Petitioner/Plaintiff*,                         )<br>                                                         )<br>v.                                                      )<br>                                                         )<br>GEORGE W. BUSH, et al                 )<br>                                                         )<br>*Respondents/Defendants*..            ) | **NOTICE OF APPEARANCE**<br><br>CV No. 1:05cv00993 |

The undersigned attorney hereby notifies the Court and counsel that Assistant Federal Defender, Katherine M. Menendez, Attorney ID No. 278014, shall appear as appointed co-counsel of record for the above-named petitioner in this case.

Dated:   May 23, 2006

                                                                    *s/ Katherine M. Menendez*
                                                                    _____
                                                                    KATHERINE M. MENENDEZ
                                                                    Attorney ID No. 278014
                                                                    Attorney for Petitioner
                                                                    Office of the Federal Defender
                                                                    107 U.S. Courthouse
                                                                    300 South Fourth Street
                                                                    Minneapolis, MN 55415