## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,  )<br>　　*Petitioner/Plaintiff*,　　　)<br>　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>GEORGE W. BUSH, et al.,　　　)<br>　　*Respondents/Defendants*.　)  | **CERTIFICATE OF SERVICE**<br><br>CV No. 1:05cv00993 |

　　I hereby certify that on May 23, 2006, I caused the following documents:

　　Notice of Appearance

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

　　Terry Marcus Henry　　　　　　　　Preeya M. Noronha
　　US Department of Justice -　　　　　US Department of Justice
　　Civil Division

　　I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

　　N/A

Dated: May 23, 2006　　　　　　　　*s/Katherine M. Menendez*
　　　　　　　　　　　　　　　　　KATHERINE M. MENENDEZ
　　　　　　　　　　　　　　　　　Attorney ID No. 278014
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　107 U.S. Courthouse
　　　　　　　　　　　　　　　　　300 South Fourth Street
　　　　　　　　　　　　　　　　　Minneapolis, MN 55415