IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**, *Petitioner/Plaintiff,* <br><br> v. <br><br> **GEORGE W. BUSH, et al.,** *Respondents/Defendants.* | ) Civil Action No. 05-cv-00993 (RMU) <br> ) <br> ) <br> ) PETITIONER'S OPPOSITION TO <br> ) GOVERNMENT'S MOTION TO EXAMINE <br> ) PRIVILEGED COMMUNICATIONS SEIZED <br> ) WITHOUT NOTICE OR APPROVAL AND <br> ) MOTION TO SHOW CAUSE WHY <br> ) RESPONDENTS SHOULD NOT BE HELD IN <br> ) CONTEMPT <br> ) |

Comes now Petitioner, Mohammad Mustafa Sohail, through undersigned counsel, and submits this Memorandum in Opposition to the Government's Motion to Examine Privileged Communications and Motion to Show Cause Why Respondents Should Not Be Held In Contempt. Petitioner Attaches a Memorandum of the same name, previously filed in a related case (Mahmoud Abdah, et al. v. George W. Bush, et al., 04-CV-1254 (HHK) (AK)), and respectfully incorporates by reference the arguments, authority and analysis therein. This memorandum is submitted in response to Respondent's Motion for Procedures Related to Review of Certain Detainee Materials and Request for Expedited Briefing, filed on July 7, 2006. For the reasons set forth in the attached memorandum, Petitioner prays that the Court deny Respondent's Motion.

Dated: Minneapolis, Minnesota
July 21, 2006

Respectfully submitted,
Counsel for Petitioner:

*s/ Katherine M. Menendez*
SCOTT F. TILSEN, OSB #11005X
Senior Assistant Defender
ANDREA K. GEORGE, OSB #202125
Senior Litigator
KATHERINE M. MENENDEZ, OSB #278014
Assistant Federal Defender
Office of the Federal Defender - District of Minnesota
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858 Telephone
612-664-5850 Facsimile