# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

_____  
                               ) Civil Action No. 05-cv-00993 (RMU)

**MOHAMMAD MUSTAFA SOHAIL**, )  
    *Petitioner/Plaintiff,*       )  
                               )       NOTICE REGARDING  
v.                            )       ATTORNEY-CLIENT  
                               )       COMMUNICATION  
**GEORGE W. BUSH, et al.,**    )  
    *Respondents/Defendants.*  )  
                               )  
_____ )

       Comes now counsel for Petitioner Mohammad Sohail, and notifies the Court of counsel's belief that counsel and Petitioner did not have substantive attorney-client communication prior to June 18, 2006, either in person or in writing. Prior to that date, counsel submitted general introductory communications to Mr. Sohail, but not substantive correspondance. Prior to June 18, 2006, counsel did not receive any correspondence from Petitioner of a substantive nature, although counsel is unaware of whether such correspondence may have at some time been sent and not received. Counsel for Mohammad Sohail submits this Notice in response to the Court's Order of August 4, 2006.

Dated:  Minneapolis, Minnesota
       August 7, 2006

Respectfully submitted,
Counsel for Petitioner:


*s/ Scott F. Tilsen*

_____

SCOTT F. TILSEN, OSB #11005X
Senior Assistant Defender

KATHERINE M. MENENDEZ, OSB #278014
Assistant Federal Defender
Office of the Federal Defender - District of Minnesota
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858 Telephone
612-664-5850 Facsimile