# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,        ) | |
|     *Petitioner/Plaintiff*,        ) | |
|     ) | **CERTIFICATE OF SERVICE** |
| v.        ) | |
|     ) | CV No. 1:05cv00993 |
| GEORGE W. BUSH, et al.,        ) | |
|     *Respondents/Defendants*.        ) | |

I hereby certify that on August 8, 2006, I caused the following documents:

1.   Petitioner's Notice Regarding Attorney-Client Communication

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry              Preeya M. Noronha
    US Department of Justice -        US Department of Justice
    Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated:   August 8, 2006              *s/ Scott F. Tilsen*
                                          SCOTT F. TILSEN
                                          Attorney ID No. 11005X
                                          Attorney for Petitioner
                                          107 U.S. Courthouse
                                          300 South Fourth Street
                                          Minneapolis, MN 55415