## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,        ) | |
|     *Petitioner/Plaintiff*,                         ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v.                                                                 ) | |
| ) | CV No. 1:05cv00993 |
| GEORGE W. BUSH, et al.,                     ) | |
|     *Respondents/Defendants*.         ) | |

    I hereby certify that on September 5, 2006, I caused the following documents:

    Memorandum of Understanding and Acknowledgment Regarding Access to Classified National Security Information

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry              Preeya M. Noronha
    US Department of Justice -        US Department of Justice
    Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated:   September 5, 2006         *s/ Katherine M. Menendez*
                                                                     KATHERINE M. MENENDEZ
                                                                     Attorney ID No. 278014
                                                                     Attorney for Petitioner
                                                                     107 U.S. Courthouse
                                                                     300 South Fourth Street
                                                                     Minneapolis, MN 55415