# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,   ) | |
| ) | |
| *Petitioner/Plaintiff*,   ) | |
| ) | **NOTICE OF WITHDRAWAL** |
| v.   ) | **OF CO-COUNSEL** |
| ) | |
| GEORGE W. BUSH, et al   ) | CV No. 1:05cv00993 |
| ) | |
| *Respondents/Defendants..*   ) | |

The undersigned attorney hereby notifies the Court and counsel that Assistant Federal Defender, Andrea K. George, Attorney ID No. 202125, withdraws as co-counsel of record for the above-named petitioner in this case.

Dated:   October 12, 2006

*s/ Andrea K. George*

_____
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Petitioner
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415