# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MOHAMMAD MUSTAFA SOHAIL, | ) | |
| *Petitioner/Plaintiff*, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | CV No. 1:05cv00993 |
| GEORGE W. BUSH, et al., | ) | |
| *Respondents/Defendants*. | ) | |

I hereby certify that on October 12, 2006, I caused the following documents:

Notice of Withdrawal as Co-counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Terry Marcus Henry | Preeya M. Noronha |
| US Department of Justice - Civil Division | US Department of Justice |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: October 12, 2006         *s/Andrea K. George*
ANDREA K. GEORGE
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415