## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,      ) | |
|     *Petitioner/Plaintiff*,      ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v.      ) | |
| ) | CV No. 1:05cv00993 |
| GEORGE W. BUSH, et al.,      ) | |
|     *Respondents/Defendants*.      ) | |

    I hereby certify that on November 6, 2006, I caused the following documents:

Petitioner's Notice Regarding the Unconstitutionality of the Military Commissions Act of 2006

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry                Preeya M. Noronha
    US Department of Justice -          US Department of Justice
    Civil Division

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated: November 6, 2006                *s/Katherine M. Menendez*
                                                          KATHERINE M. MENENDEZ
                                                          Attorney ID No. 278014
                                                          Attorney for Petitioner
                                                          107 U.S. Courthouse
                                                          300 South Fourth Street
                                                          Minneapolis, MN 55415