IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL,** *Petitioner,* | ) ) ) |
| v. | ) ) ) Civil Action No. 05-cv-00993 (RMU) |
| **GEORGE W. BUSH,** *et al.,* *Respondents.* | ) ) ) ) |

## (PROPOSED) ORDER

The Court having considered Petitioner's Motion for Stay-and-Abey Order,

IT IS HEREBY ORDERED that the Motion is granted; it is further

ORDERED that this action shall be stayed and held in abeyance pending Petitioner's exhaustion of those remedies and the filing in the Supreme Court of a renewed petition for certiorari to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) (*"Boumediene I"*), or the Supreme Court's resolution of the same jurisdictional issue as presented in a pending petition for certiorari before judgment in *Hamdan v. Rumsfeld*, No. 06-1169, and an original habeas petition in *In re Ali*, No. 06-1194.

Dated: _____     _____
                                  Honorable Richardo M. Urbina
                                  United States District Judge