IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Al-Marri v. Bush | ) | Case No. 04-CV-2035 (GK) |
| Al Mohammed v. Bush | ) | Case No. 05-CV-0247 (HHK) |
| Al Adahi v. Bush | ) | Case No. 05-CV-0280 (GK) |
| Al Wazan v. Bush | ) | Case No. 05-CV-0329 (PLF) |
| Chaman v. Bush | ) | Case No. 05-CV-0887 (RWR) |
| Sohail v. Bush | ) | Case No. 05-CV-0993 (RMU) |
| Tohirjanovich v. Bush | ) | Case No. 05-CV-0994 (JDB) |
| Al Hela v. Bush | ) | Case No. 05-CV-1048 (RMU) |
| Bukhari v. Bush | ) | Case No. 05-CV-1241 (RMC) |
| Alsawam v. Bush | ) | Case No. 05-CV-1244 (CKK) |
| Al Ginco v. Bush | ) | Case No. 05-CV-1310 (RJL) |
| Hatim v. Bush | ) | Case No. 05-CV-1429 (RMU) |
| Faraj v. Bush | ) | Case No. 05-CV-1490 (PLF) |
| Attash v. Bush | ) | Case No. 05-CV-1592 (RCL) |
| Qasim v. Bush | ) | Case No. 05-CV-1779 (JDB) |
| Al Ghizzawi v. Bush | ) | Case No. 05-CV-2378 (JDB) |
| Feghoul v. Bush | ) | Case No. 06-CV-0618 (RWR) |
| Rumi v. Bush | ) | Case No. 06-CV-0619 (RJL) |
| Yaakoobi v. Bush | ) | Case No. 06-CV-1683 (RWR) |

**RESPONDENTS' OPPOSITION TO PETITIONERS' MOTION TO STAY AND ABEY**

Petitioners in the above-captioned cases recently filed motions to stay their cases and to

have them held in abeyance.  Respondents have filed a motion to dismiss the proceedings in these cases.  <u>See</u> Respondents' Motion To Dismiss (filed on April 19, 2007).  Respondents oppose the motions to stay and abey on the grounds set forth in their memorandum of law filed in support of their motion to dismiss, to which respondents respectfully refer the Court.

Dated: April 23, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL NICHOLS
Deputy Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

 /s/   Andrew I. Warden
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JEAN LIN
JAMES J. SCHWARTZ
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN (IN Bar No. 23840-49)
EDWARD H. WHITE
NICHOLAS A. OLDHAM
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents