IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,<br>    *Petitioner,*<br><br>v.<br><br><br>GEORGE W. BUSH, *et al.,*<br>    *Respondents.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-00993 (RMU)<br>)<br>)<br>) |

NOTICE OF A FILING

We notify the Court that on this date, Opposition to Motion to Dismiss was filed with the Court's Security Officer pursuant to the Protective Order in this case.

Dated:     May 3, 2007

        Respectfully submitted,

        *s/ Katherine M. Menendez*
        Katherine M. Menendez, OSB 278-14
        kate_menendez@fd.org
        Office of the Federal Defender - Dist. of Minnesota
        107 U.S.Courthouse, 300 South 4th Street
        Minneapolis, MN 55415
        Tel:   612-664-5858
        Fax:  612-664-5850

        *s/ Scott F. Tilsen*
        Scott F. Tilsen, OSB 11005X
        scott_tilsen@fd.org
        Federal Public Defender - Eastern Dist. of Missouri
        440 Broadway, P.O. Box 2043
        Cape Girardeau, MO 63702
        Tel:   573-339-0242
        Fax:  573-339-0305
        Attorneys for Petitioner