**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,        ) | |
|     *Petitioner*,                                       ) | |
|                                                 ) | **CERTIFICATE OF SERVICE** |
| v.                                                            ) | |
|                                                 ) | Civil Action No. 05-cv-0993 (RMU) |
| GEORGE W. BUSH, et al.,                        ) | |
|     *Respondents*.                              ) | |

      I hereby certify that on May 3, 2007, I caused the following documents:

      Notice of a Filing (of Opposition to Motion to Dismiss)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

    Terry Marcus Henry  
    U.S. DEPARTMENT OF JUSTICE  
    CIVIL DIVISION  
    P.O. Box 883  
    20 Massachusetts Avenue, NW  
    Suite 7144  
    Washington, DC 20044  

    Judry Laeb Subar  
    U.S. DEPARTMENT OF JUSTICE  
    Federal Programs Branch  
    20 Massachusetts Avenue, NW  
    Room 7342  
    Washington, DC 20530  

      I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated: May 3, 2007                     *s/Katherine M. Menendez*  
                                       KATHERINE M. MENENDEZ  
                                       Attorney ID No. 278014  
                                       Attorney for Petitioner  
                                       107 U.S. Courthouse  
                                       300 South Fourth Street  
                                       Minneapolis, MN 55415