# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,        )<br>          *Petitioner*,                                )<br>                                                         )<br>v.                                                        )<br>                                                         )<br>GEORGE W. BUSH, et al.,               )<br>          *Respondents*.                         )  | **CERTIFICATE OF SERVICE**<br><br>Civil Action No. 05-cv-0993 (RMU) |

   I hereby certify that on September 26, 2007, I caused the following documents:

Motion to Reconsider and Vacate Order of September 20, 2007, Dismissing Case

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Terry Marcus Henry<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P.O. Box 883<br>20 Massachusetts Avenue, NW<br>Suite 7144<br>Washington, DC 20044 | Judry Laeb Subar<br>U.S. DEPARTMENT OF JUSTICE<br>Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Room 7342<br>Washington, DC 20530 |

   I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   N/A

Dated:  September 26, 2007         *s/Katherine M. Menendez*
                                                        KATHERINE M. MENENDEZ
                                                        Attorney ID No. 278014
                                                        Attorney for Petitioner
                                                        107 U.S. Courthouse
                                                        300 South Fourth Street
                                                        Minneapolis, MN 55415