# EXHIBIT A

EXHIBIT A -- LIST OF APPEAL HISTORIES OF CASES INCLUDED IN THE COURT'S SEPTEMBER 20 DISMISSAL ORDER

| Habeas Case Number | Case Name | Date Notice of Appeal Filed | Order Under Appeal | Party Filing Appeal | Appeal Case Number | Status Of Appeal |
|---|---|---|---|---|---|---|
| 05-CV-0454 | Qayed v. Bush | June 2, 2005 (dkt. no. 6) | April 6, 2005 (dkt. no. 4) (advance notice of transfer) | Respondents | 05 5245 | August 9, 2007 Order (D.C. Cir.) -- Appeal dismissed as moot because petitioner has been released from United States custody. Motion to vacate notice orders and to dismiss habeas petition denied without prejudice. The district court is the appropriate forum to determine whether petitioners' remaining claims in their habeas actions are moot. |
| 05-CV-0520 | Al-Oshan v. Bush | May 31, 2005 (dkt. no. 27) | March 31, 2005 (dkt. no. 12) (advance notice of transfer) | Respondents | 05 5237 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |
| 05-CV-0526 | Tumani v. Bush | June 2, 2005 (dkt. no. 8) | April 6, 2005 (dkt. no. 5) (advance notice of transfer) | Respondents | 05 5244 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |

EXHIBIT A -- LIST OF APPEAL HISTORIES OF CASES INCLUDED IN THE COURT'S SEPTEMBER 20 DISMISSAL ORDER

| Habeas Case Number | Case Name | Date Notice of Appeal Filed | Order Under Appeal | Party Filing Appeal | Appeal Case Number | Status Of Appeal |
|---|---|---|---|---|---|---|
| 05-CV-0993 | Sohail v. Bush | November 14, 2005 (dkt. no. 7) | September 13, 2005 (dkt. no. 3) (advance notice of transfer) | Respondents | 05 5478 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |
| 05-CV-0998 | Al Karim v. Bush | October 7, 2005 (dkt. no. 4) | August 8, 2005 (dkt. no. 3) (advance notice of transfer) | Respondents | 05 5374 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |
| 05-CV-1048 | Al-Hela v. Bush | June 10, 2005 (dkt. no. 19) | June 3, 2005 (dkt. no. 12) (advance notice of transfer) | Respondents | 05 5230 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |

EXHIBIT A -- LIST OF APPEAL HISTORIES OF CASES INCLUDED IN THE COURT'S SEPTEMBER 20 DISMISSAL ORDER

| Habeas Case Number | Case Name | Date Notice of Appeal Filed | Order Under Appeal | Party Filing Appeal | Appeal Case Number | Status Of Appeal |
|---|---|---|---|---|---|---|
| 05-CV-1220 | Zalita v. Bush | September 23, 2005 (dkt. no. 5) | July 25, 2005 (dkt. no. 3) (advance notice of transfer) | Respondents | 05 5353 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |
| 05-CV-1220 | Zalita v. Bush | April 20, 2007 (dkt. no. 52) | April 19, 2007 (dkt. no. 51) (order denying PI to enjoin transfer to Libya) | Petitioner | 07 5129 | April 25, 2007 Order (D.C. Cir) -- Motion for emergency injunction denied.  Case dimissed for lack of jurisdiction. Mandate issued June 27, 2007. |
| 05-CV-1429 | Hatim v. Bush | October 21, 2005 (dkt. no. 30) | August 22, 2005 (dkt. no. 16) (advance notice of transfer) | Respondents | 05 5398 | August 9, 2007 Order (D.C. Cir.) -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush |

EXHIBIT A -- LIST OF APPEAL HISTORIES OF CASES INCLUDED IN THE COURT'S SEPTEMBER 20 DISMISSAL ORDER

| Habeas Case Number | Case Name | Date Notice of Appeal Filed | Order Under Appeal | Party Filing Appeal | Appeal Case Number | Status Of Appeal |
|---|---|---|---|---|---|---|
| 05-CV-1453 | Al-Subaiy v. Bush | November 18, 2005 (dkt. no. 29) | September 19, 2005 (dkt. no. 14) (advance notice of transfer) | Respondents | 05 5482 | August 9, 2007 Order (D.C. Cir.) -- Appeal dismissed as moot because petitioner has been released from United States custody. Motion to vacate notice orders and to dismiss habeas petition denied without prejudice. The district court is the appropriate forum to determine whether petitioners' remaining claims in their habeas actions are moot. |
| 05-CV-1509 | Kiyemba v. Bush | November 14, 2005 (dkt. no. 35) | September 13, 2005 (dkt. no. 8) (advance notice of transfer) | Respondents | 05 5487 | March 22, 2007 Order (D.C. Cir.) -- Appeal dismissed as moot with respect to Saddiq Turkestani because he has been released from custody. Cases of remaining petitioners dismissed for lack of subject matter jurisdiction. |

EXHIBIT A -- LIST OF APPEAL HISTORIES OF CASES INCLUDED IN THE COURT'S SEPTEMBER 20 DISMISSAL ORDER

| Habeas Case Number | Case Name | Date Notice of Appeal Filed | Order Under Appeal | Party Filing Appeal | Appeal Case Number | Status Of Appeal |
|---|---|---|---|---|---|---|
| 05-CV-1509 | Kiyemba v. Bush | December 1, 2005 (dkt. no. 42) | September 13, 2005 (dkt. no. 8) (order staying proceedings) | Petitioner | 05 5488 | March 22, 2007 Order -- Appeal dismissed as moot with respect to Saddiq Turkestani because he has been released from custody.  Cases of remaining petitioners dismissed for lack of subject matter jurisdiction. Mandate issued May 19, 2007.  Mandate recalled September 7, 2007. |
| 05-CV-1607 | Rabbani v. Bush | August 14, 2006 (dkt. no. 27) | June 16, 2006 (dkt. no. 19)  (advance notice of transfer) | Respondents | 06 5235 | June 7, 2007 Order -- Appeals dismissed for lack of jurisdiction. Government motion to vacate notice order and to dismiss habeas petitions denied without prejudice. District Court may consider in the first instance government's motion to dismiss and petitioners' motions to stay and hold in abeyance. |

EXHIBIT A -- LIST OF APPEAL HISTORIES OF CASES INCLUDED IN THE COURT'S SEPTEMBER 20 DISMISSAL ORDER

| Habeas Case Number | Case Name | Date Notice of Appeal Filed | Order Under Appeal | Party Filing Appeal | Appeal Case Number | Status Of Appeal |
|---|---|---|---|---|---|---|
| 05-CV-1983 | Alkhemisi v. Bush | January 20, 2006 (dkt. no. 8) | November 21, 2005 (dkt. no. 5) (advance notice of transfer) | Respondents | 06 5041 | Aug. 9, 2007 Order -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |
| 05-CV-2385 | Al Halmandy v. Bush | No Appeal Filed | | | | |
| 05-CV-2477 | Al-Delebany v. Bush | No Appeal Filed | | | | |
| 06-CV-1689 | Naseer v. Bush | No Appeal Filed | | | | |
| 06-CV-1767 | Al-Zarnouqi v. Bush | February 2, 2007 (dkt. no. 25) | December 4, 2006 (dkt. no. 15) (advance notice of transfer) | Respondents | 07 5148 | Aug. 9, 2007 Order -- Appeal held in abeyance pending further order of the court. Parties directed to file motions to govern within 30 days of Supreme Court's decision in Boumediene v. Bush. |