IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| Al-Oshan v. Bush | ) | Case No. 05-CV-0520 (RMU) |
| Tumani v. Bush | ) | Case No. 05-CV-0526 (RMU) |
| Sohail v. Bush | ) | Case No. 05-CV-0993 (RMU) |
| Al Karim v. Bush | ) | Case No. 05-CV-0998 (RMU) |
| Al-Hela v. Bush | ) | Case No. 05-CV-1048 (RMU) |
| Zalita v. Bush | ) | Case No. 05-CV-1220 (RMU) |
| Hatim v. Bush | ) | Case No. 05-CV-1429 (RMU) |
| Kiyemba v. Bush | ) | Case No. 05-CV-1509 (RMU) |
| Rabbani v. Bush | ) | Case No. 05-CV-1607 (RMU) |
| Alkhemisi v. Bush | ) | Case No. 05-CV-1983 (RMU) |
| Al-Halmandy v. Bush | ) | Case No. 05-CV-2385 (RMU) |
| Al-Delebany v. Bush | ) | Case No. 05-CV-2477 (RMU) |
| Naseer v. Bush | ) | Case No. 06-CV-1689 (RMU) |
| Al-Zarnouqi v. Bush | ) | Case No. 06-CV-1767 (RMU) |

---

**ORDER**

Upon the various motions to reconsider and/or vacate the Memorandum Order entered in these cases on September 20, 2007, and the Judgment Order entered in these cases on September 21, 2007, it is hereby

ORDERED that the motions are denied.

Dated: _____
UNITED STATES DISTRICT JUDGE