IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL,**<br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br>*Respondents.* | )<br>)<br>)  Civil Action No. 05-cv-00993 (RMU)<br>)<br>)<br>)  MOTION TO ADOPT<br>)  RESPONSIVE MEMORANDUM<br>)<br>) |

Petitioner Sohail, through undersigned counsel, hereby moves to adopt the Petitioner's Reply to Respondents Opposition to Motions to Reconsider and Vacate and Motions for Preliminary Relief filed by Petitioners today in Abdusalam Ali Abdulrahman Al Hela v. George W. Bush, et. al, Civ. No. 05-1048 (RMU).  That submission, made to this Court as well, is in an identically situated case and involves precisely the same issues as those raised by Mr. Sohail in his case.  Therefore, in the interest of expeditious consideration and in light of the tight time-frames at issue in these matters, Mr. Sohail respectfully prays that the Court allow him to adopt Mr. Al Hela's filing as his own in the instant case, on the present Motion to Reconsider.

Dated: October 5, 2007        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　Katherine M. Menendez, OSB 278014
　　　　　　　　　　　　　　　　　　　kate_menendez@fd.org
　　　　　　　　　　　　　　　　　　　Office of the Federal Defender - Dist. of Minnesota
　　　　　　　　　　　　　　　　　　　107 U.S.Courthouse, 300 South 4th Street
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　Tel:   612-664-5858        Fax:   612-664-5850

*s/ Scott F. Tilsen*
Scott F. Tilsen, OSB 11005X
scott_tilsen@fd.org
Federal Public Defender - Eastern Dist. of Missouri
440 Broadway, P.O. Box 2043
Cape Girardeau, MO 63702
Tel:    573-339-0242        Fax:    573-339-0305

Attorneys for Petitioner