# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,  )<br>   *Petitioner*,  )<br>  )<br>v.  )<br>  )<br>GEORGE W. BUSH, et al.,  )<br>   *Respondents*.  ) | **CERTIFICATE OF SERVICE**<br><br>Civil Action No. 05-cv-0993 (RMU) |

    I hereby certify that on October 5, 2007, I caused the following documents:

    Motion to Adopt Responsive Memorandum

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Terry Marcus Henry<br>U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>P.O. Box 883<br>20 Massachusetts Avenue, NW<br>Suite 7144<br>Washington, DC 20044 | Judry Laeb Subar<br>U.S. DEPARTMENT OF JUSTICE<br>Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Room 7342<br>Washington, DC 20530 |

    I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

    N/A

Dated: October 5, 2007        *s/Katherine M. Menendez*
                                         KATHERINE M. MENENDEZ
                                         Attorney ID No. 278014
                                         Attorney for Petitioner
                                         107 U.S. Courthouse
                                         300 South Fourth Street
                                         Minneapolis, MN 55415