CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL,** | ) |
| *Petitioner/Plaintiff*, | ) |
| v. | ) Civ. No. 05-cv-00993-RMU |
| **GEORGE W. BUSH, et al.,** | ) |
| *Respondents/Defendants*. | ) |

**MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Mohammad Sohail, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of New York. Counsel hereby certifies that Petitioner in this case is indigent and that counsel is providing representation without compensation.

Dated:     29 April 2008

*[signature: Cori Crider]*
Cori Crider
Member of NY Bar
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
cori@reprieve.org.uk