CLEARED BY CSO FOR PUBLIC FILING

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned ***Sohail v. Bush et al*, No. 05-cv-00993-RMU**, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to her other than as provided by the Protective Order. The undersigned acknowledges that her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

D.D.C., 2004
In re Guantanamo Detainee Cases
344 F.Supp.2d 174


*[signature: Cori Crider]*

Cori Crider
Member of NY Bar
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
cori@reprieve.org.uk

CLEARED BY CSO FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: Mohammad Sohail
MEMORANDUM OF UNDERSTANDING AND ACKNOWLEDGMENT
REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958;

I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.

In consideration for the disclosure of classified information and documents: (1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case. (2) I agree that this Memorandum of Understanding and any other nondisclosure agreement signed by me will remain forever binding on me. (3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned In Re Guantanamo Bay Cases, and I agree to comply with the provisions thereof.

Date: 29 April 2008
Name: Cori Crider

Signed: *Cori Crider*

CLEARED BY CSO FOR PUBLIC FILING

## NOTIFICATION OF REPRESENTATION

Undersigned counsel hereby gives notice that she represents Mohammad Sohail in this litigation.

Counsel is a member in good standing of the Bar of the State of New York. The evidence of counsel's authority to represent the client(s) in this litigation is found in the authorizations executed by the client(s).

DATED: 29 April 2008

BY: Cori Crider
Member of NY Bar
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
011 44 207 353 4641 (fax)
cori@reprieve.org.uk

Signed: *Cori Crider*

CLEARED BY CSO FOR PUBLIC FILING



Reprieve
PO Box 52742
London
EC4P 4WS

Tel:  020 7353 4640
Fax:  020 7353 4641
Email: info@reprieve.org.uk
Website: www.reprieve.org.uk

29 April 2008

Andrew Warden
Civil Division
US Department of Justice
Washington, DC

*Re: Signed Representation Concerning Sources of Funding*

Dear Mr. Warden:

I represent Mohammad Sohail *pro bono.* As I will not receive any compensation for my work on his case, no money supporting my work is being funded, directly or indirectly, by persons or entities connected to terrorism or the product of terrorist activities, including "Specially Designated Global Terrorists."

Thank you.

Sincerely,

Cori Crider
Staff Attorney