IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**,       ) | Misc. No.  08-0442 (TFH) |
| *Petitioner/Plaintiff,*   ) | Civil No.  05-cv-0993 (RMU) |
|                                                              ) | |
| v.                                                         ) | |
|                                                              ) | **STATUS REPORT** |
|                                                              ) | |
| **GEORGE W. BUSH,** *et al.,*                  ) | |
| *Respondents/Defendants.*   ) | |
|                                                              ) | |

Comes now Petitioner Mohammad Mustafa Sohail, and submits a status report as required by the Court's Order of July 11, 2008.

Mustafa Sohail remains in the custody of the United States at Guantanamo Bay. He has been held there since May, 2003, and in American custody since April, 2003. At the time of his arrest, Mr. Sohail worked as a bookkeeper and translator for DynCorp, an American company in Kabul, Afghanistan. He was arrested at an office in Kabul, by private security officers nowhere near any field of battle.

Petitioner Sohail prepared a brief, handwritten pro se habeas petition which was docketed on May 18, 2005. His case was assigned to Honorable Judge Ricardo Urbina. On October 14, 2005, the Court signed an Order appointing the Federal Defender for the District of Minnesota to represent Petitioner Sohail in his habeas proceedings. Petitioner Sohail is represented by Katherine Menendez, of the Federal Defender for Minnesota, and Scott Tilsen, now of the Federal Defender for the Eastern District of Missouri.[1]

---

[1] In addition Cori Crider, Esq., of Reprieve, has recently joined the representation of Petitioner Sohail, and entered a notice of appearance and memorandum regarding her compliance with the

On September 13, 2005, Judge Urbina entered an Order requiring the government to submit a factual return to the petition and imposing a 30 day notice requirement on the respondents before they could remove Petitioner Sohail from Guantanamo Bay. Respondents filed an interlocutory appeal of this Order on November 15, 2005, and the matter was assigned case number 05-5478 by the Court of Appeals for the District of Columbia. This matter was consolidated with Abdah v. Bush, which was given appeal number 05-5224, and dozens of other appeals were consolidated with Abdah as well. That appeal remains open, with the Court currently considering additional briefing submitted subsequent to the Supreme Court's decision in Boumediene v. Bush, No. 06-1195 (June 12, 2008). However, the 30 day Order remains in effect.[2]

On October 28, 2005, Respondents submitted a factual return regarding Petitioner Sohail. On December 16, 2005, Petitioner Sohail submitted an Amended Petition, prior to any communication between counsel and Petitioner. On January 17, 2006, Respondents submitted a Notice of Submission of the classified version of the Factual Return.

On April 21, 2006, an Order was signed granting a motion for entry of the Protective Order in the case.

---

Protective Order.

[2] In its Order dated July 10, 2008, this Court granted a general request made by detainees for a 30-day advance notice prior to removal of a detainee from Guantanamo, if sought by an individual petitioner. Petitioner Sohail hereby notifies the Court and Respondents that he continues to request 30-day notice prior to his transfer.

On April 19, 2007, Respondents moved to dismiss petition in light of the Military Commissions Act. Petitioner opposed the motion on May 3, 2007. On September 20, 2007, Judge Urbina dismissed the Petition for lack of jurisdiction, but vacated its dismissal Order on October 5, 2007, reinstating the petition. As of today, Petitioner Sohail's habeas case remains open. There are no motions, aside from the petition itself, currently pending for consideration.

Dated: July 18, 2008                                         Respectfully submitted,

*s/ Katherine Menendez*

_____
Katherine Menendez
OSB # No. 278014 (MN)
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Scott F. Tilsen
OSB No. 011005X
Office of the Federal Defender
Attorney For Petitioner
P.O. Box 2043
Cape Girardeau, MO 63702-2043