# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMAD MUSTAFA SOHAIL,   )<br>*Petitioner/Plaintiff*,   )<br>   )<br>v.   )<br>   )<br>   )<br>   **)**<br>GEORGE W. BUSH, et al.,   )<br>*Respondents/Defendants*.   ) | Misc. No.  08-0442 (TFH)<br>Civil No.  05-cv-0993 (RMU)<br><br><br>**CERTIFICATE OF SERVICE** |

   I hereby certify that on July 18, 2008, I caused the following documents:

1.   Petitioner's Status Report;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   Judry Laeb Subar
   Terry Marcus Henry
   Andrew I. Warden
   US Department of Justice -
   Civil Division

   I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   N/A

Dated:   July 18, 2008                              *s/Katherine M. Menendez*

                                                    KATHERINE M. MENENDEZ
                                                    Attorney ID No. 278014
                                                    Attorney for Defendant
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415