# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 02-CV-0828 | Omar Rajab Amin | 00065 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Nasser Nijer Naser Al Mutairi | 00205 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Abdulaziz Sayer Owain Al Shammari | 00217 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Abdullah Saleh Ali Al Ajmi | 00220 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Abdullah Kamal Abdullah Kamal Al Kandari | 00228 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Mohammed Funaitel Al Dihani | 00229 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Adil Zamil Abdull Mohssin Al Zamil | 00568 | Kuwait | 7/17/2008 | Transfer | |
| 02-CV-0828 | Saad Madai Saad Ha Wash Al-Azmi | 00571 | Kuwait | 7/17/2008 | Transfer | |
| 04-CV-1194 | Ali Husayn Al Tays | 00162 | Yemen | 1/23/2007 | Transfer | |
| 04-CV-1254 | Sadeq Mohammed Said | 00069 | Yemen | | | |
| 04-CV-2215 | Jamel Abdullah Kiyemba | 00701 | Uganda | | | |
| 04-CV-2215 | Omar Deghayes | 00727 | United Kingdom | | | |
| 05-CV-0023 | Rami Bin Saad Al-Oteibi | 00318 | Saudi Arabia | | | |
| 05-CV-0520 | Muhammed Fahad Al Qahtany | 00013 | Saudi Arabia | | | |
| 05-CV-0520 | Musa Al Madany | 00058 | Saudi Arabia | | | |
| 05-CV-0520 | Abdullah Aali Al Otaibi | 00243 | Saudi Arabia | | | |
| 05-CV-0520 | Saleh Abdulla Al-Oshan | 00248 | Saudi Arabia | | | |
| 05-CV-0520 | Zaben Dhaher Al Shammari | 00647 | Saudi Arabia | | | |
| 05-CV-0764 | Moussa | 00270 | Belgium | | | |
| 05-CV-0764 | Najeeb Al Husseini | 00075 | Morocco | | | |
| 05-CV-0764 | Said | 00150 | Morocco | | | |
| 05-CV-0764 | Ahmed Abu Imran | 00590 | Morocco | 8/4/2005 | Duplicate Case | Duplicate Case.  Petitioner has an earlier-filed habeas petition.  See Ahmed Errachidi in Errachidi v. Bush, No. 05-CV-640 (RJL). |

# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 05-CV-0764 | Lahcen Ikasrien | 00072 | Spain | | | |
| 05-CV-0764 | Tareq | 00133 | Morocco | | | |
| 05-CV-0764 | Mohammed Mazoz | 00294 | Morocco | | | |
| 05-CV-0764 | Ridouane Shakur | 00499 | Morocco | | | |
| 05-CV-0833 [consol. with 05-270] | Alladeen | 00716 | Albania | | | |
| 05-CV-1124 | Abdul Rahman Aziz Khan | 00357 | Afghanistan | 10/26/2005 | Transfer | |
| 05-CV-1124 | Abd-Al-Rahman | 00357 | Afghanistan | 10/26/2005 | Transfer | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Abd-Al-Rahman in Mousovi v. Bush, No. 05-CV-1124 (RMC). |
| 05-CV-1124 | Haji Rohullah Wakil | 00798 | Afghanistan | 5/13/2008 | Transfer | |
| 05-CV-1124 | Sabar Lal | 00801 | Afghanistan | 5/13/2008 | Transfer | |
| 05-CV-1124 | Izaatullah Nusrat | 00977 | Afghanistan | 5/13/2008 | Transfer | |
| 05-CV-1124 | Haji Nusrat | 01009 | Afghanistan | 12/15/2006 | Duplicate Case | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Haji Nasrat in Nasrat v. Bush, No. 05-CV-880 (ESH). |
| 05-CV-1124 | Abdul Razak Iktiar Mohammed | 01043 | Afghanistan | | | |
| 05-CV-1124 | Ali Shah Mousovi | 01154 | Afghanistan | 12/15/2006 | Duplicate Case | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Syed Muhammad Ali Shah in Shah v. Bush, No. 05-CV-1012 (ESH). |
| 05-CV-1509 | Saadiq Doe | 00491 | Saudi Arabia | | | |
| 05-CV-2104 | Issam Hamid Ali Bin Ali Al Jayfi | 00183 | Yemen | | | |
| 05-CV-2367 | Ghulam Roohani | 00003 | Afghanistan | | | |
| 05-CV-2367 | Abdullah Wazir Zadran | 00976 | Afghanistan | | | |
| 05-CV-2367 | Dr. Hiyatullah | 01001 | Afghanistan | | | |

# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 05-CV-2367 | Chaman Gul Khialigol | 01021 | Afghanistan | 12/6/2006 | Duplicate Case | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Chaman in Chaman v. Bush, No. 05-CV-887 (RWR). |
| 05-CV-2367 | Tooran Mohammad Amannullah | 01074 | Afghanistan | 1/11/2006 | Duplicate Case | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Mohammed Amon in Amon v. Bush, 05-CV-1493 (RBW) |
| 05-CV-2367 | Abdullah Mujahid Haq | 01100 | Afghanistan | | | |
| 05-CV-2384 | Salim Said | 00126 | Saudi Arabia | | | |
| 05-CV-2384 | Bandar Al Jaabir | 00182 | Saudi Arabia | | | |
| 05-CV-2384 | Anwar Handan Al Shimmiri | 00226 | Saudi Arabia | | | |
| 05-CV-2385 | Abd Al Rahman Abdullah Al Halmandy | 00118 | Afghanistan | | | |
| 05-CV-2385 | Shamsullah | 00783 | Afghanistan | | | |
| 05-CV-2385 | Abul Aziz Al Matrafi | 00005 | Saudi Arabia | | | |
| 05-CV-2385 | Majed Baryan | 00051 | Saudi Arabia | | | |
| 05-CV-2385 | Saud Al Jouhany | 00062 | Saudi Arabia | | | |
| 05-CV-2385 | Moussa | 00196 | Saudi Arabia | | | |
| 05-CV-2385 | Sultan Al Shareef | 00215 | Saudi Arabia | | | |
| 05-CV-2385 | Abdulla | 00721 | Tunisia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Abdullah in Sliti v. Bush, 04-CV-429 (RJL) |
| 05-CV-2385 | Fawaz | 00678 | Yemen | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Fawaz Naman Hamoud in Hamoud v. Bush, 05-CV-1894 (RWR) |
| 05-CV-2385 | Inshanullah | 00367 | Afghanistan | | | |
| 05-CV-2386 | Omar LNU | 00222 | Afghanistan | | | |

# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 05-CV-2386 | Abu Baker | 00283 | Albania | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Abu Bakker Qassim in Qassim v. Bush, 05-CV-497 (JR) |
| 05-CV-2386 | Mohammed Harbi | 00333 | Saudi Arabia | | | |
| 05-CV-2386 | Boucetta Fihi | 00718 | Albania | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Ahmad Hamad LNU in Mohammon v. Bush, 05-CV-2386 (RBW) |
| 05-CV-2386 | Dr. Abu Muhammed | 00718 | Albania | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Fethi Boucetta in Boucetta v. Bush, 05-CV-2087 (RMC) |
| 05-CV-2386 | Abu Mohammed | 00718 | Albania | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Fethi Boucetta in Boucetta v. Bush, 05-CV-2087 (RMC) |
| 05-CV-2386 | Dr. Abu Mohammed | 00718 | Albania | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Fethi Boucetta in Boucetta v. Bush, 05-CV-2087 (RMC) |
| 05-CV-2386 | Abu Hadaifa | 00662 | Jordan | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Ahmad Hassan Jamil Suleiman in Kabir v. Bush, 05-CV-431 (RJL) |
| 05-CV-2386 | Ibraheem Zaidan | 00761 | Jordan | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Ibrahim Mahdi Ahmed Zaidan in Kabir v. Bush, 05-CV-431 (RJL) |

# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 05-CV-2386 | Elham Bataif | 00084 | Khazakhstan | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Elham Battayav in Battayav v. Bush, 05-CV-714 (RBW) |
| 05-CV-2386 | Abdullah LNU | 00528 | Khazakhstan | | | |
| 05-CV-2386 | Mohammed Rimi | 00194 | Libya | | | |
| 05-CV-2386 | Najeeb LNU | 00075 | Morocco | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Najeeb Al Husseini in Imran v. Bush, 05-CV-764 (CKK) |
| 05-CV-2386 | Sad Al Materi | 00005 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Sad Al Materi in Al-Halmandy v. Bush, 05-CV-2385 (RMU) |
| 05-CV-2386 | Maged LNU | 00025 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Majid Abdulla Al Joudi in Al Joudi v. Bush, 05-CV-301 (GK) |
| 05-CV-2386 | Slaim Harbi | 00057 | Saudi Arabia | | | |
| 05-CV-2386 | Mishal Al Madany | 00058 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Musa Al Madany in Al-Oshan v. Bush, 05-CV-520 (RMU) |
| 05-CV-2386 | Fahd Al Haraazi | 00079 | Saudi Arabia | | | |
| 05-CV-2386 | Yusuf Asshihri | 00114 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Yousif Mohammad Mubarak Al-Shehri in Al Joudi v. Bush, 05-CV-301 (GK) |
| 05-CV-2386 | Fahd Al-Fawzan | 00218 | Saudi Arabia | | | |
| 05-CV-2386 | Khald Al Barkati | 00322 | Saudi Arabia | | | |

# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 05-CV-2386 | Bandar Al Shaibani | 00332 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Bender Ayed Hamoud Hezam Al-Oteibi Al-Shabany in Al Shabany v. Bush, 05-CV-2029 (JDB) |
| 05-CV-2386 | Mohammed Harbi | 00333 | Saudi Arabia | | | |
| 05-CV-2386 | Seed Farha | 00341 | Saudi Arabia | | | |
| 05-CV-2386 | Saleh Mohammed Ali Azoba | 00501 | Saudi Arabia | | | |
| 05-CV-2386 | Abdulal Al Thani | 00514 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Abdulla Thani Faris Al-Anazi in Al Anazi v. Bush, 05-CV-345 (JDB) |
| 05-CV-2386 | Jabir Al Quatany | 00650 | Saudi Arabia | | | |
| 05-CV-2386 | Abdullah Hamid Musleh Qahtany | 00652 | Saudi Arabia | | | |
| 05-CV-2386 | Abdullah Al Quatany | 00652 | Saudi Arabia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Jabir Al Quatany in Mohammon v. Bush, 05-CV-2386 (RBW) |
| 05-CV-2386 | Walid LNU | 00081 | Sudan | | | |
| 05-CV-2386 | Waleed LNU | 00081 | Sudan | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Waleed LNU in Mohammon v. Bush, 05-CV-2386 (RBW) |
| 05-CV-2386 | Adel Hassan | 00940 | Sudan | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Adel Hassan Hamad in Hamad v. Bush, 05-CV-1009 (JDB) |

# Exhibit 3 -- Petitioners In 08-MC-442 (TFH) Who Are No Longer Detained At Guantanamo Bay

| Case No. | Detainee Name | ISN | Country of Transfer | Date of Dismissal Order | Reason For Dismissal | Duplicate Status |
|---|---|---|---|---|---|---|
| 05-CV-2386 | Abdallah LNU | 00721 | Tunisia | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Abdullah in Sliti v. Bush, 05-CV-429 (RJL) |
| 05-CV-2386 | Abdurrachman LNU | 00659 | United Kingdom | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Abdannour Sameur in Sameur v. Bush, 05-CV-1806 (RBW) |
| 05-CV-2386 | Ali Al Kazmi | 00172 | Yemen | | | |
| 05-CV-2386 | Mohsen LNU | 00193 | Yemen | | | |
| 05-CV-2386 | Alla Al Mossary | 00287 | Egypt | | | Duplicate Case. Petitioner has two earlier-filed habeas petitions. See Abdul Aziz Al Mossary in Sliti v. Bush, 05-CV-429 (RJL), and Abu Abdul Aziz in Aziz v. Bush, 05-CV-1864 (HHK) |
| 05-CV-2386 | Saalih LNU | 00298 | Turkey | | | |
| 05-CV-2386 | Abdul Salam Deiff | 00306 | Afghanistan | | | Duplicate Case. Petitioner has two earlier-filed habeas petitions. See Abdul Salam Zaeef in Zaeef v. Bush, 05-CV-660 (RMC) |
| 05-CV-2386 | Hamad LNU | 00712 | Sudan | | | |
| 05-CV-2386 | Hammad LNU | 00712 | | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Hamad LNU in Mohammon v. Bush, 05-CV-2386 (RBW) |
| 05-CV-2386 | Hamad LNU | 00712 | | | | Duplicate Case. Petitioner has an earlier-filed habeas petition. See Hamad LNU in Mohammon v. Bush, 05-CV-2386 (RBW) |
| 05-CV-2479 | Ghanim-Abdulrahman al-Harbi | 00516 | Saudi Arabia | | | |