UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) <br> IN RE: ) <br> GUANTÁNAMO BAY ) <br> DETAINEE LITIGATION ) <br> _____) | Misc. No. 08-442 (TFH) <br> Civil Action Nos. 04-CV-1254 and, <br> 04-CV-1194, 04-CV-1937, 04-CV-2022, <br> 04-CV-2215, 05-CV-0270, 05-CV-0329, <br> 05-CV-0359, 05-CV-0492, 05-CV-0520, <br> 05-CV-0526, 05-CV-0748, 05-CV-0764, <br> 05-CV-0877, 05-CV-0883, 05-CV-0892, <br> 05-CV-0993, 05-CV-0999, 05-CV-1124, <br> 05-CV-1244, 05-CV-1347, 05-CV-1429, <br> 05-CV-1457, 05-CV-1490, 05-CV-1555, <br> 05-CV-1592, 05-CV-1601, 05-CV-1607, <br> 05-CV-1623, 05-CV-1638, 05-CV-1678, <br> 05-CV-1983, 05-CV-2104, 05-CV-2185, <br> 05-CV-2186, 05-CV-2249 05-CV-2349, <br> 05-CV-2367, 05-CV-2379, 05-CV-2380, <br> 05-CV-2386, 05-CV-2479, 06-CV-1668, <br> 06-CV-1766, 06-CV-1767, 07-CV-1710, <br> 07-CV-2337, 07-CV-2338, 08-CV-1221, <br> 08-CV-0987, 08-CV-1185, 08-CV-1230, <br> 08-CV-1231, 08-CV-1233, 08-CV-1235, <br> 08-CV-1236, 08-CV-1237, 08-CV-1238, <br> 08-CV-1440 <br><br> Counsel in each of the above cases will file separate notices listing the individual Petitioners who are joining this motion. |

**NOTICE OF FILING AND SUMMARY OF PETITIONERS' RESPONSE TO RESPONDENTS' MOTION FOR RELIEF FROM SCHEDULING ORDER**

As required by the Amended Protective Order in this matter, undersigned counsel hereby give notice that on September 8, 2008, a copy of Petitioners' Response To Respondents' Motion For Relief From Scheduling Order was delivered to the Court Security Officer for clearance for public filing.

The Response asks the Court to strike or deny Respondents' Motion and to enforce compliance with the Court Order of July 11, 2008.

      The Response will be filed via the Electronic Case Filing ("ECF") system when it has been cleared for public viewing by the Court Security Office.

                                         Respectfully submitted,

                                         /s/
                                       _____

David H. Remes
D.C. Bar. No. 370372
APPEAL FOR JUSTICE
1106 Noyes Drive
Silver Spring, MD 20910
(202) 669-6508 (phone)
remesdh@gmail.com

S. William Livingston
D.C. Bar. No. 59005
Alan A. Pemberton
D.C. Bar. No. 367108
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
(202) 662-6000 (phone)
(202) 778-6000 (fax)
wlivingston@cov.com
apemberton@cov.com

Marc D. Falkoff
D.C. Bar No. 491149
NORTHERN ILLINOIS UNIVERSITY
COLLEGE OF LAW
DeKalb, IL 60614
(347) 564-5043 (phone)
(815) 753-9301 (fax)
mdf19@columbia.edu

*Counsel for Petitioners*
*Civil Action No. 04-CV-1254*

September 8, 2008
Washington, DC