IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMAD MUSTAFA SOHAIL**, | ) | Misc. No.  08-0442 (TFH) |
| *Petitioner/Plaintiff,* | ) | Civil No.  05-cv-0993 (RMU) |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF JOINING FILING** |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| *Respondents/Defendants.* | ) | |
| | ) | |

Petitioner Mohammad Mustafa Sohail, through undersigned counsel, hereby notifies the Court that it joins "Petitioners Response to Respondents' Motion for Relief From Scheduling Order" filed in Misc. No. 08-0442 (TFH) on September 8, 2008.

Dated:  September 9, 2008         Respectfully submitted,


*s/Katherine Menendez*

_____
KATHERINE MENENDEZ
Attorney No. 278014 (Minnesota)
Attorney for Petitioner
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415